No. 751. ERWIN R. BERGDOLL, PLAINTIFF IN ERROR,
*v.* FRANK A. HARRIGAN, TRUSTEE, ETC. In error to the
United States Circuit Court of Appeals for the Third
Circuit. Motion to dismiss or affirm or place on the
summary docket submitted April 19, 1915. Decided
April 26, 1915. *Per Curiam.* Judgment affirmed with
costs, upon the authority of rule 6, clause 5; *Micas* v.
*Williams,* 104 U. S. 556; *The Alaska,* 130 U. S. 201;
*Chanute City* v. *Trader,* 132 U. S. 210, 214; *Northern*

*Pacific Railroad* v. *Amato,* 144 U. S. 465, 473, and cause remanded to the District Court of the United States for the Eastern District of Pennsylvania. *Mr. Joseph Gil-fillan* and *Mr. George S. Graham* for the plaintiff in error. *Mr. Joseph W. Catharine* for the defendant in error.